E-FILED
Monday, 06 July, 2026  10:27:20 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

DEBORAH WAGGONER, on behalf of herself and
all others similarly situated,

     Plaintiff,

     vs.

THE CARLE FOUNDATION,

     Defendant.

Case No. 2:24-cv-02217-CSB-EIL

Judge Colin S. Bruce, presiding

Judge Eric I. Long, referral

## JOINT STATUS REPORT

Plaintiff Deborah Waggoner and Defendant The Carle Foundation jointly submit this Status Report to update the Court on the status of the Parties' settlement discussions and to respectfully request a further extension of the current stay of proceedings. In support of their request, the Parties jointly state as follows:

1.     The Parties have reached an agreement in principle to resolve this action on a class-wide basis.

2.     The Parties are actively negotiating and finalizing the settlement agreement and its accompanying exhibits, including the proposed forms of class notice, the plan of allocation, and proposed orders.  Plaintiff anticipates filing a motion for preliminary approval of the class action settlement on or before August 14, 2026.

3.     The Parties respectfully request that the current stay of proceedings be extended until the earlier of (a) the filing of the motion for preliminary approval or (b) August 14, 2026. In the event the motion for preliminary approval has not been filed by August 14, 2026, the Parties will file a further status report on or before that date apprising the Court of the status of the Parties'

negotiations over the settlement agreement and/or the anticipated timing of the preliminary approval motion.

Date: July 6, 2026

Respectfully submitted,

SIRI & GLIMSTAD LLP

*/s/ Oren Faircloth*
Oren Faircloth
100 Pearl Street
14th Floor - #16946876
Hartford, CT 06103
Main: (929) 677-5181
Facsimile: (646) 417-5967
ofaircloth@sirillp.com

*Counsel for Plaintiff and the Proposed Class*

Respectfully submitted,

POLSINELLI PC

/s/ Cory Thomas (w/permission)
Cory Thomas
Nipun Patel
Three Logan Square
1717 Arch Street, Suite 1200
Philadelphia, PA 19103
cthomas@polsinelli.com
npatel@polsinelli.com

Scott M. Gilbert
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Tel: (312) 463-6375
sgilbert@polsinelli.com

*Counsel for Defendant*